**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1448**

———————

STEVEN PAUL FLEMING,

Plaintiff - Appellant,

versus

PRINCE GEORGES COUNTY, MARYLAND; PRINCE
GEORGES COUNTY, Courthouse,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
3624-MJG)

———————

Submitted: August 5, 1999          Decided: August 10, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven Paul Fleming, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Paul Fleming appeals the district court's order denying Fleming's motion to reopen his civil action and declining to extend the time in which to file a notice of appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fleming v. Prince Georges County, No. CA-98-3624-MJG (D. Md. Mar. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED